IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCRICT OF VIRGINIA

YANNE VENIERIS

V.

BARACK HUSSEIN OBAMA
1600 pennsylvania Ave N.W.
Washington D.C. 20500

This is a follow up law suit for myself being tourtured I am suing for the of $1.000.000 per day of warfare being used on me by several government agencies and different branches of the military. For the sum of $7.000.000 for 8/10/09 – 8/17/09

YANNE VENIERIS
1120 WILLIOW GREEN DR.
NEWPORT NEWS V.A. 23602
(757)-291-2625